**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1424**

───────────────

DENNIS ELIJAH JEMISON,

        Plaintiff - Appellant,

    v.

WINDSOR WOODS LIBRARY; VIRGINIA BEACH LIBRARIES; CITY OF VIRGINIA BEACH; KIM LOWE-BREINER; MICHAEL STYPULKOSKI; NATASHA ARNOLD,

        Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, Chief District Judge. (2:22-cv-00274-MSD-RJK)

───────────────

Submitted: September 28, 2023             Decided: October 2, 2023

───────────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Dennis Elijah Jemison, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Elijah Jemison appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Jemison v. Windsor Woods Libr.*, No. 2:22-cv-00274-MSD-RJK (E.D. Va. Apr. 4, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
